# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROBERT MCCORMICK

VERSUS

UNITED SERVICES AUTOMOBILE
ASSOCIATION

NO.   2021 CW 0117

**APRIL 22, 2021**

---

In Re:   United Services Automobile Association, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 77971.

---

**BEFORE:   WHIPPLE, C.J., CHUTZ AND HESTER, JJ.**

**WRIT  DENIED.**   The  criteria  set  forth  in  **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**VGW**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT